UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGG FREISHTAT, as Shareholders' Representative, :<br><br>Plaintiff, :<br><br>v. :<br><br>LIVEPERSON, INC., :<br><br>Defendant. : | Civil Action No. 1:07-CV-6838-JGK |

DEFENDANT LIVEPERSON, INC.'S
RULE 7.1 DISCLOSURE STATEMENT

Defendant LivePerson, Inc. ("LivePerson") makes the following disclosure in accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

There is no publicly-held corporation that owns more than 10% of the stock of LivePerson, a nongovernmental corporate entity.

Respectfully submitted,

Dated: August 20, 2007
        New York, New York

By:  s/ Justina L. Geraci
     Douglas Curtis (DC2076)
     Brian B. Margolis
     Justina L. Geraci  (JG0007)
     WILMER CUTLER PICKERING
     HALE AND DORR LLP
     399 Park Avenue
     New York, NY 10022
     Tel: 212-230-8800
     Fax: 212-230-8888
     douglas.curtis@wilmerhale.com

     *Attorneys for Defendant LivePerson, Inc.*

<u>Certificate of Service</u>

I certify that a true and correct copy of Defendant LivePerson, Inc.'s Rule 7.1 Disclosure Statement was served upon the following counsel of record on August 20, 2007, by electronic and first-class mail:

>Christopher G. Campbell
>Arthur D. Brannan
>DLA Piper US LLP
>1201 West Peachtree Street
>Suite 2800
>Atlanta, Georgia 30309-3450

<u>s/ Justina L. Geraci</u>
Justina L. Geraci
