

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GREGG FREISHTAT, as )
Shareholders' Representative, )
) 07 CV 6838 (GWG)
Plaintiff, )
) **MOTION TO ADMIT COUNSEL**
- against - ) **PRO HAC VICE**
)
LIVEPERSON, INC., )
)
Defendant. )
_____ )

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I Christopher G. Campbell a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Arthur D. Brannan
> DLA PIPER US LLP
> 1201 West Peachtree Street, Suite 2800
> Atlanta, Georgia 30309
> (404) 736-7803 - Telephone
> (404) 682-7803 – Facsimile

Arthur D. Brannan is a member in good standing of the Bar of the States of Georgia, Florida and Ohio.

There are no pending disciplinary proceedings against Arthur D. Brannan in any State or Federal court.

August 24, 2007
Atlanta, Georgia

    Respectfully submitted,

*/s/ Christopher G. Campbell*

Christopher G. Campbell (CC 3940)
DLA PIPER US LLP
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
(404) 736-7811 - Telephone
(404) 682-7811 – Facsimile

## AFFIDAVIT OF SERVICE

STATE OF GEORGIA      )
                      : ss.:
COUNTY OF FULTON      )

JENNIFER M. BOISEN, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 24th day of August, 2007, I caused to be served the annexed **MOTION TO ADMIT COUNSEL PRO HAC VICE** and **AFFIDAVIT OF CHRISTOPHER G. CAMPBELL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** on Defendant by mailing it to his attorney at the following address:

> Brian B. Margolis
> WILMER CUTLER PICKERING
> HALE AND DORR LLP
> 399 Park Avenue
> New York, NY 10022

the address designated by him for that purpose. Service was completed by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service.

_____
JENNIFER M. BOISEN

Sworn to before me this
24th day of August, 2007

_____
Notary Public

[Notary Seal: CATHERINE R. LEE, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, EXPIRES JAN 5, 2009]

ORIGINAL

UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| GREGG FREISHTAT, as Shareholders' Representative, )<br><br>Plaintiff, )<br><br>- against - )<br><br>LIVEPERSON, INC., )<br><br>Defendant. ) | 07 CV 6838 (GWG)<br><br>**AFFIDAVIT OF CHRISTOPHER G. CAMPBELL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Christopher G. Campbell, being duly sworn, hereby deposes and says as follows:

1. I am an Associate at DLA Piper US LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Arthur D. Brannan as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April, 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Arthur D. Brannan since July, 2006.

4. Mr. Brannan is a Partner at DLA Piper, in Atlanta, Georgia.

5. I have found Mr. Brannan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Arthur D. Brannan, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Arthur D. Brannan, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Arthur D. Brannan, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted

Dated:      August 24, 2007
City, State Atlanta, Georgia

Notarized:
*Catherine R. Lee*

[Notary Seal: CATHERINE R. LEE, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, EXPIRES JAN 5, 2009]

Respectfully submitted,

_____
Christopher G. Campbell (CC 3940)

4365941

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGG FREISHTAT, as Shareholders' Representative,<br><br>Plaintiff,<br><br>- against -<br><br>LIVEPERSON, INC.,<br><br>Defendant. | 07 CV 6838 (GWG)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Christopher G. Campbell attorney for Gregg Freishtat, as Shareholders' Representative, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDER** that

>Arthur D. Brannan
>DLA PIPER US LLP
>1201 West Peachtree Street, Suite 2800
>Atlanta, Georgia 30309
>(404) 736-7803 - Telephone
>(404) 682-7803 – Facsimile
>arthur.brannan@dlapiper.com

is admitted to practice pro hac vice as counsel for Gregg Freishtat, as Shareholders' Representative, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

    Dated:     _____
    City, State   _____

    _____
    United States District/Magistrate Judge

4365939

## AFFIDAVIT OF SERVICE

STATE OF GEORGIA )
: ss.:
COUNTY OF FULTON )

JENNIFER M. BOISEN, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 24th day of August, 2007, I caused to be served the annexed **MOTION TO ADMIT COUNSEL PRO HAC VICE** and **AFFIDAVIT OF CHRISTOPHER G. CAMPBELL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** on Defendant by mailing it to his attorney at the following address:

> Brian B. Margolis
> WILMER CUTLER PICKERING
> HALE AND DORR LLP
> 399 Park Avenue
> New York, NY 10022

the address designated by him for that purpose. Service was completed by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service.

JENNIFER M. BOISEN

Sworn to before me this
24th day of August, 2007

_Catherine R. Lee_
Notary Public

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Arthur Daniel Brannan
DLA Piper US LLP
One Atlantic Center, Suite 2800
1201 West Peachtree Street
Atlanta, GA 30309-3450

**CURRENT STATUS:**   Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**   11/28/1995

**Attorney Bar Number:**   076695

Today's Date:   August 3, 2007

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
 -Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
 -Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law
  in the State of Georgia.
 -Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*
Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, Florida 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida     )

County of Leon     )

In Re: 615722
Arthur Daniel Brannan
DLA Piper Rudnick Gray Cary US LLP
1201 W. Peachtree St.
Atlanta, GA

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 15, 1986.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 2nd day of August, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/DL:lvt15/R10

# The Supreme Court of Ohio

### CERTIFICATE

    I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Registration & CLE of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

    Arthur Daniel Brannan

was admitted to the practice of law in Ohio on September 21, 1993; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 6th day of August, 2007.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Attorney Registration Assistant*