UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGG FREISHTAT, as Shareholders' Representative,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>LIVEPERSON, INC.,<br><br>　　　　　　　　　　　　　　Defendant. | Index No.: 07 CV 6838<br>(JGK)<br><br>**REPLY OF PLAINTIFF GREGG FREISHTAT TO DEFENDANT LIVEPERSON, INC.'S COUNTERCLAIM** |

　　　　Plaintiff, Gregg Freishtat, as Shareholders' Representative ("Freishtat"), hereby answers the Counterclaim of Defendant LivePerson, Inc. ("LivePerson") by responding to the numbered paragraphs of the Counterclaim as follows and hereby denies any allegations contained in LivePerson's Counterclaim that are not expressly admitted herein:

　　　　1.　　Freishtat admits that the quoted language is a portion of Section 2.04(b)(i) of the Merger Agreement.

　　　　2.　　Freishtat is without knowledge concerning the date that the Earn-Out Notice was executed.

　　　　3.　　Freishtat denies the allegations contained in paragraph 3 of Defendant's Counterclaim.

## AFFIRMATIVE DEFENSE

　　　　LivePerson's Counterclaim fails to state a claim upon which relief may be granted.

　　　　Respectfully submitted, this ___6th___ day of September, 2007.

DLA PIPER US LLP

/s/ Christopher G. Campbell
Christopher G. Campbell (CC 3940)
1201 West Peachtree Street
Suite 2800
Atlanta, Georgia 30309-3450
Telephone: (404) 736-7800
Facsimile: (404) 682-7800

1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Of Counsel:

Arthur D. Brannan, Esq.
Anthony D. Lehman, Esq.
DLA Piper US LLP
1201 West Peachtree Street
Suite 2800
Atlanta, Georgia 30309-3450
Telephone: (404) 736-7800
Facsimile: (404) 682-7800

*Attorneys for Plaintiff,*
*Gregg Freishtat, as Shareholders' Representative*

BALT1\4382833.1

## AFFIDAVIT OF SERVICE

STATE OF GEORGIA )
: ss.:
COUNTY OF FULTON )

ANTHONY D. LEHMAN, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 6th day of September, 2007, I served the annexed **REPLY OF PLAINTIFF GREGG FREISHTAT TO DEFENDANT LIVEPERSON, INC.'S COUNTERCLAIM** on Defendant by the Court's electronic filing system and by mailing it to his attorneys at the following address:

>Brian B. Margolis
>WILMER CUTLER PICKERING
>HALE AND DORR LLP
>399 Park Avenue
>New York, NY 10022

the address designated by him for that purpose. Service was completed by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service.

_____
ANTHONY D. LEHMAN

Sworn to before me this
6th day of September, 2007

_____
Notary Public

BALT1\4382833.1