**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GREGG FREISHTAT, as )
Shareholders' Representative, )
) 07 CV 6838 (GWG)
Plaintiff, )
) **ORDER FOR ADMISSION**
- against - ) **PRO HAC VICE**
) **ON WRITTEN MOTION**
LIVEPERSON, INC., )
)
Defendant. )
_____)

USDSNY DOCUMENT ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 9/25/07

Upon the motion of Christopher G. Campbell attorney for Gregg Freishtat,

as Shareholders' Representative, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDER** that

> Arthur D. Brannan
> DLA PIPER US LLP
> 1201 West Peachtree Street, Suite 2800
> Atlanta, Georgia 30309
> (404) 736-7803 - Telephone
> (404) 682-7803 – Facsimile
> arthur.brannan@dlapiper.com

is admitted to practice pro hac vice as counsel for Gregg Freishtat, as

Shareholders' Representative, in the above captioned case in the United States

District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/21/07
City, State: New York, N.Y.

_____
United States District/Magistrate Judge
USDJ

4365939