UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Freishtat,

                Plaintiff,

    - against -

Liveperson, Inc.,

              Defendant.

07 Civ. 6838 (JGK)

<u>CORRECTED ORDER</u>

JOHN G. KOELTL, District Judge:

As determined at the hearing held on October 5, 2007, another conference is scheduled for **December 6, 2007 at 5:00 pm**.

SO ORDERED.

Dated:    New York, New York
            October 18, 2007

                                          John G. Koeltl
                                     United States District Judge