# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GREGG FREISHTAT, as<br>Shareholders' Representative, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:07-CV-6838-JGK |
| | : | |
| v. | : | **DEFENDANT'S NOTICE OF** |
| | : | **MOTION FOR JUDGMENT** |
| LIVEPERSON, INC., | : | **ON THE PLEADINGS** |
| | : | |
| Defendant. | : | |
| | : | |

**PLEASE TAKE NOTICE** that upon all of the pleadings filed in the above-captioned action and the Memorandum of Law in Support of Defendant LivePerson, Inc.'s Motion for Judgment on the Pleadings and in Opposition to Plaintiff's Petition for Appointment of Accounting Referee, dated December 5, 2007, Defendant LivePerson, Inc. will move this Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 12B, New York, New York 10007, before the Honorable John G. Koeltl, on a date and at such time as may be designated by the Court, for an Order granting Defendant's Motion for Judgment on the Pleadings, pursuant to Fed. R. Civ. P. 12(c), and denying Plaintiff's Petition for Appointment of Accounting Referee.

Respectfully submitted,

Dated:  December 5, 2007
        New York, New York

By:  /s/  Douglas F. Curtis
     Douglas F. Curtis  (DC 2076)
     Brian B. Margolis
     Justina L. Geraci  (JG 0007)
     WILMER CUTLER PICKERING
     HALE AND DORR LLP
     399 Park Avenue
     New York, NY 10022
     Tel: 212-230-8800
     Fax: 212-230-8888
     douglas.curtis@wilmerhale.com

     *Attorneys for Defendant LivePerson, Inc.*

- 2 -

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| GREGG FREISHTAT, as Shareholders' Representative, | : : : : | |
| Plaintiff, | : : | Civil Action No. 1:07-CV-6838-JGK |
| v. | : : | |
| LIVEPERSON, INC., | : : | |
| Defendant. | : : | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of Defendant LivePerson, Inc.'s Motion for Judgment on the Pleadings and in Opposition to Plaintiff's Petition for Appointment of Accounting Referee, was served upon the following counsel of record on December 5, 2007, electronically and via hand delivery:

> Christopher G. Campbell
> Arthur D. Brannan
> Anthony D. Lehman
> DLA PIPER US LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Suite 2800
> Atlanta, Georgia 30309-3450
> christopher.campbell@dlapiper.com
> arthur.brannan@dlapiper.com
> anthony.lehman@dlapiper.com

/s/  Justina L. Geraci
Justina L. Geraci