```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gregg Freishtat,

                Plaintiff,        07 Civ. 6838 (JGK)

   - against -            ORDER

Liveperson, Inc.,

                Defendant.

JOHN G. KOELTL, District Judge:

As determined at the conference held on December 6, 2007, a hearing on the parties' cross-motions will be held on **January 18, 2007 at 2:30 p.m.**

SO ORDERED.

Dated:   New York, New York
         December 6, 2007

                                        John G. Koeltl
                                United States District Judge