

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GREGG FREISHTAT, as
Shareholders' Representative,

                Plaintiff,

    v.

LIVEPERSON, INC.,

                Defendant.

## [PROPOSED] SCHEDULING ORDER AND DISCOVERY PLAN

Plaintiff Gregg Freishtat, as Shareholders' Representative ("Freishtat"), and Defendant

LivePerson, Inc. ("LivePerson"), by and through their respective undersigned counsel, conferred

pursuant to Fed. R. Civ. P. 26(f) on October 4, 2007 at the offices of WilmerHale, located at 399

Park Avenue, New York, New York, 10022, which, together with subsequent communications

between the parties, resulted in agreement among the undersigned parties to this litigation (the

"Litigation") to the discovey-related and other matters set forth herein.

## I.    PRE-DISCOVERY DISCLOSURES

1.    The initial disclosures required under Fed. R. Civ. P. 26(a)(1) shall be made on or

before December 14, 2007.

## II.    DISCOVERY PLAN

2.    **Documentary Production:** Production of documents responsive to any requests

for production of documents and things served on or before April 30, 2008 shall begin promptly

after responses and/or objections are served, continue on a rolling basis and be completed on or

before May 30, 2008.

3.    **Depositions:** Depositions shall be completed on or before May 30, 2008.

4.    **Electronically-Stored Information:** The parties have agreed to continue to work together to resolve necessary issues relating to the preservation and production of electronically-stored information ("ESI"), including the sources to be searched for ESI and the format and costs of ESI production.

5.    **Expert Reports and Discovery:** The parties have agreed to the following schedule relating to the discovery of experts:

a)    The party bearing the burden of proof on any area in respect of which it seeks to submit expert testimony shall identify all such areas to the other party on or before May 16, 2008.

b)    A party will identify any additional areas in respect of which it seeks to submit expert testimony in response to opposing party's designations in ¶5(a) *supra* on or before May 30, 2008.

c)    The party bearing the of proof on any area in respect of which it seeks to submit expert testimony shall serve its expert report(s) on all such areas on or before June 30, 2008.

d)    The parties will exchange rebuttal expert reports on or before July 27, 2008.

e)    Depositions of experts shall be completed by all parties on or before August 29, 2008.

## III.    OTHER MATTERS

6.    **Amendment and Joinder:** If Plaintiff wishes to amend the Complaint or to join additional parties in the Litigation, he shall do so no later than January 31, 2008.

7.    **Summary Judgment:**  A moving party shall file papers in respect of a motion for summary judgement on or before September 30, 2008.

8.    **Protective Order:**  Issues and procedures relating to claims of privilege or of protection of material are addressed in the parties' Proposed Stipulated Protective Order, filed contemporaneously herewith, and incorporated by reference.

9.    ~~Status Conference:~~  The parties shall appear for a status conference on _____, 2008. ~~at~~

SO ORDERED.

Dated:  12/6 , 2007
New York, New York

_____
United States District Judge

**CONSENTED AND AGREED TO BY:**

/s/ Arthur D. Brannan

Christopher G. Campbell  (CC3940)
Arthur D. Brannan  (*admitted pro hac vice*)
Anthony D. Lehman  (*admitted pro hac vice*)
**DLA PIPER US LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 2800
Atlanta, Georgia 30309-3450
Tel: 404-736-7800
Fax: 404-682-7800
christopher.campbell@dlapiper.com
arthur.brannan@dlapiper.com
anthony.lehman@dlapiper.com

Attorneys for Plaintiff Gregg Freishtat, as
Shareholders' Representative

Date:    December 3, 2007


/s/ Douglas F. Curtis

Douglas F. Curtis  (DC2076)
Justina L. Geraci   (JG0007)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10022
Tel: 212-230-8800
Fax: 212-230-8888
douglas.curtis@wilmerhale.com
justina.geraci@wilmerhale.com

Attorneys for Defendant LivePerson, Inc.


Date:    December 3, 2007