USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gregg Freishtat,

          Plaintiff,

  - against -

Liveperson, Inc.,

          Defendant.

07 Civ. 6838 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the hearing held on January 18, 2008, the defendant's motion for judgment on the pleadings is **denied**, and the plaintiff's motion for the appointment of an Accounting Referee is **granted**. Claim III of the Complaint is **stayed**.

SO ORDERED.

Dated:   New York, New York
       January 21, 2008

                                  John G. Koeltl
                             United States District Judge