USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/30/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGG FREISHTAT,

                Plaintiff,        07 Civ. 6838 (JGK)

    - against -              ORDER

LIVEPERSON, INC.,

                Defendant.

**JOHN G. KOELTL, District Judge:**

As discussed during today's telephone conference, the parties should submit the deposition of Todd Davidson and revised exhibit lists by **September 7, 2010**. The revised exhibit lists should be annotated with one star indicating exhibits to which no party objects on grounds of authenticity, and two stars indicating exhibits to which no party objects on any ground, in accordance with Rule 4(A) of the Court's Individual Rules of Practice.

The parties should submit proposed findings of fact and conclusions of law, annotated with references to the exhibits that will support the proposed findings and conclusions, by **September 27, 2010**. The parties should also submit memoranda of law by **September 27, 2010**.

During the trial, the time limit for each side to present its evidence, exclusive of its opening statement and summation,

will be twelve hours.

**SO ORDERED.**

Dated:    New York, New York
         August 27, 2010

_____
John G. Koeltl
United States District Judge