# WILMERHALE

Justina L. Geraci

+1 212 295 6300 (t)
+1 212 230 8888 (f)
justina.geraci@wilmerhale.com

August 30, 2010

*Via Facsimile (212) 805-7912*

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/7/2010

Re: *Freishtat v. LivePerson, Inc.*, 07-CV-6838 (JGK)

Dear Judge Koeltl:

We represent Defendant LivePerson, Inc. in the above-referenced action.

As requested by Your Honor, I write on behalf of both parties to confirm our availability for a five-day trial of this matter beginning Monday, October 18, 2010 and concluding Friday, October 22, 2010.

The parties also confirm their availability for a final pre-trial conference on Thursday, October 14, 2010.

Please do not hesitate to contact me if you have any questions or wish to discuss this matter further.

Very truly yours,

*[signature]*

Justina L. Geraci

9/2/10

THIS LETTER SHALL
BE FILED
SO ORDERED
*[signature]* 6/6/10
U S D J

cc:  Stacie F. Dubnow, Esq. *(via facsimile (410) 727-7356)*
     William Michael Mullen, Esq.
     Douglas F. Curtis, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington