UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGG FREISHTAT, as Shareholders' Representative,<br><br>   Plaintiff,<br><br>  v.<br><br>LIVEPERSON, INC.,<br><br>   Defendant. | No. 1:07-CV-6838-JGK<br><br>NOTICE OF APPEARANCE OF<br><br>PAUL M. WINKE |

PLEASE TAKE NOTICE that, effective immediately, Paul M. Winke, a counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), admitted to practice in this District and a member in good standing of this Court, will be appearing on behalf of defendant LivePerson, Inc.  Service of all pleadings, papers, and documents required to be served in this action should also be served on these defendants through counsel as follows:

> Paul M. Winke
> WILMER CUTLER PICKERING HALE
> AND DORR LLP
> 399 Park Avenue
> New York, NY 10022
> Tel:  (212) 230-8808
> Fax:  (212) 230-8888
> paul.winke@wilmerhale.com

                Respectfully submitted,

Dated:  September 27, 2010    By: /s/ Paul M. Winke
                 Paul M. Winke
                 WILMER CUTLER PICKERING
                   HALE AND DORR LLP
                 399 Park Avenue
                 New York, NY 10022
                 Tel: 212-230-8808
                 Fax: 212-230-8888
                 paul.winke@wilmerhale.com

                 *Counsel for Defendant LivePerson, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGG FREISHTAT, as Shareholders' Representative,<br><br>    Plaintiff,<br><br>    v.<br><br>LIVEPERSON, INC.,<br><br>    Defendant. | No. 1:07-CV-6838-JGK<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 27, 2010, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant LivePerson, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

                    WILMERHALE LLP


            By:  /s/ Paul M. Winke
                    Paul M. Winke
                    WILMER CUTLER PICKERING
                        HALE AND DORR LLP
                    399 Park Avenue
                    New York, NY 10022
                    Tel: 212-230-8808
                    Fax: 212-230-8888
                    paul.winke@wilmerhale.com