UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGG FREISHTAT, as Shareholders' Representative,<br><br>      Plaintiff,<br><br>    v.<br><br>LIVEPERSON, INC.,<br><br>      Defendant. | No. 1:07-CV-6838-JGK<br><br>**NOTICE OF APPEARANCE OF SARAH K. MOHR** |

PLEASE TAKE NOTICE that, effective immediately, Sarah K. Mohr, an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), admitted to practice in this District and a member in good standing of this Court, will be appearing on behalf of defendant LivePerson, Inc.  Service of all pleadings, papers, and documents required to be served in this action should also be served on these defendants through counsel as follows:

> Sarah K. Mohr
> WILMER CUTLER PICKERING HALE
> AND DORR LLP
> 399 Park Avenue
> New York, NY 10022
> Tel:  (212) 937-7346
> Fax:  (212) 230-8888
> sarah.mohr@wilmerhale.com

Respectfully submitted,

Dated:  September 27, 2010

By:  /s/ Sarah K. Mohr
Sarah K. Mohr
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: 212-937-7346
Fax: 212-230-8888
sarah.mohr@wilmerhale.com

*Attorney for Defendant LivePerson, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREGG FREISHTAT, as Shareholders' Representative,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIVEPERSON, INC.,<br><br>　　　　Defendant. | No. 1:07-CV-6838-JGK<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on September 27, 2010, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant LivePerson, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　WILMERHALE LLP

　　　　　　　　　　　　　　　By:　/s/ Sarah K. Mohr
　　　　　　　　　　　　　　　　　　Sarah K. Mohr
　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　Tel: 212-937-7346
　　　　　　　　　　　　　　　　　　Fax: 212-230-8888
　　　　　　　　　　　　　　　　　　sarah.mohr@wilmerhale.com