*Koeltl, J*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGG FREISHTAT, as Shareholders' Representative,<br><br>    Plaintiff,<br><br>v.<br><br>LIVEPERSON, INC.,<br><br>    Defendant. | No. 1:07-CV-6838-JGK<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY AND PROPOSED ORDER |

PLEASE TAKE NOTICE that Justina L. Geraci is hereby withdrawn as counsel of record in the above-captioned matter for Defendant LivePerson, Inc., because as of September 23, 2010, Ms. Geraci is no longer a member of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, and will no longer have any association with this action. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for the above-referenced Defendant.

Dated: New York, New York
       September 27, 2010

WILMER CUTLER PICKERING
  HALE AND DORR LLP
By: _____
Douglas F. Curtis
Paul M. Winke
Sarah K. Mohr
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Defendant LivePerson, Inc.*

SO ORDERED:

_____
U.S.D.J.

9/29/10

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/10

SO ORDERED.

Dated: New York, NY

      _____, 2010

_____
Hon. John G. Koeltl
United States District Judge
Southern District of New York