USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/9/12

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGG FREISHTAT, as Shareholders' Representative | * |
| Plaintiff | * |
| v. | * Civil Case No. 1:07-CV-6838-JGK |
| | ECF Case |
| LIVEPERSON, INC. | * |
| Defendant | * |

## ~~PROPOSED~~ JUDGMENT IN A CIVIL ACTION

THE COURT HAS ORDERED THAT:

The Plaintiff, Gregg Freishtat, as Shareholders' Representative, recovers from the Defendant, LivePerson, Inc. the amount of seventy-seven thousand two-hundred and twelve dollars and fifty-six cents ($77,212.56), which includes prejudgment interest at the rate of 9%, and to which must be added post-judgment interest at the rate of .19% per annum, along with costs, *from the entry of judgment*.

Tried by Judge John G. Koeltl, without a jury.

Date: ~~7/12/12~~ 7/7/12

CLERK ~~OR~~ COURT

Signature of Clerk or Deputy Clerk

SO ORDERED:

_____
U.S.D.J.