UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Gregg Freishtat, as Shareholders'
Representative                          Plaintiff,

-against-

Liveperson, Inc.
                                        Defendant.
--------------------------------------------------------

Case No.  07-cv-6838 (JGK)

NOTICE OF CHANGE OF ADDRESS

TO:      ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending          [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Douglas F. Curtis
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_DC2076_____   My State Bar Number is _2248193_____

I am,

[✓]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME:_ Wilmer Cutler Pickering Hale and Dorr LLP_____
               FIRM ADDRESS: 399 Park Avenue New York, NY 10022_____
               FIRM TELEPHONE NUMBER: 212-230-8800_____
               FIRM FAX NUMBER: 212-230-8888_____

NEW FIRM:      FIRM NAME:_ Wilmer Cutler Pickering Hale and Dorr LLP_____
               FIRM ADDRESS: 7 World Trade Center, New York, NY 10007_____
               FIRM TELEPHONE NUMBER:_ 212-230-8800_____
               FIRM FAX NUMBER: 212-230-8888_____

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
      was entered on _____ by Judge_____.

Dated: July 13, 2012                    s/ Douglas F. Curtis_____
                                        _____
                                        ATTORNEY'S SIGNATURE