UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

GREGG FREISHTAT, as Shareholders'
Representative

                  Plaintiff,      1:07 Civ. 06838 (JGK)

    - against -             **SATISFACTION OF JUDGMENT**

LIVEPERSON, INC.

                  Defendant.    #12,1235
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/12

      WHEREAS, a judgment was entered in the above action on the 7th day of July in favor of GREGG FREISHTAT, as Shareholders' Representative and against LIVEPERSON, INC. in the amount of $77,212.56 plus interest from the 7th day of July, 2012 ~~with costs to be taxed, and costs in the amount of $_____ having been taxed on the _____ day of _____, ____~~, and said judgment with interest ~~and costs~~ thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       7/23/12

                                        Freishtat, Mullen & Dubnow LLC
                                        Executive Plaza 1, Suite 1000
                                        11350 McCormick Road
                                        Hunt Valley, Maryland 21031

                                        By: Stacie Dubnow
                                             Attorneys for GREGG FREISHTAT, as
                                           Shareholders' Representative

_Si F. D_  
Freishtat, Mullen & Dubnow LLC  
Executive Plaza 1, Suite 1000  
11350 McCormick Road  
Hunt Valley, Maryland 21031

STATE OF MARYLAND     )  
~~COUNTY~~ CITY OF BALTIMORE     ) ss.:  
                                 )

On the 23rd day of July, 2012 before me personally came Stacie F. Dubnow to me known and known to be a member of the firm of Freishtat Mullen & Dubnow LLC, attorneys for the Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

[Notary Seal: DOROTHY A. ZOPP, NOTARY PUBLIC, BALTIMORE CITY, MD]

_Dorothy A. Zopp_  
Notary Public  
Dorothy A. Zopp  
My Commission Expires: 12/21/2013